1  Epiphany Owen (State Bar No. 211527)
   eowen@rutan.com
2  RUTAN & TUCKER, LLP
   611 Anton Boulevard, Suite 1400
3  Costa Mesa, California 92626-1931
   Telephone:   714-641-5100
4  Facsimile:   714-546-9035

5  Attorneys for Defendant
   SADDLEBACK VALLEY UNIFIED SCHOOL
6  DISTRICT

7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10                   SOUTHERN DIVISION

11 | L.G. and J.G., a minor by and through   | Case No. SACV 12-0665 AG (ANx)
   | her mother, L.G.,                        |
12 |                                          | **FINAL JUDGMENT**
   |                Plaintiffs,               |
13 |                                          | Date Action Filed:   May 1, 2012
   |         v.                               |
14 |                                          |
   | SADDLEBACK VALLEY UNIFIED                 |
15 | SCHOOL DISTRICT,                         |
   |                                          |
16 |                Defendant.                |

17

18

19         On January 7, 2013, this matter was heard before this Court, the Honorable

20  Andrew J. Guilford, United States District Court, presiding.   Plaintiffs appeared

21  through their attorney of record, Timothy Adams of Timothy A. Adams &

22  Associates, APLC.   Defendant appeared through its attorney of record, Epiphany

23  Owen of Rutan & Tucker, LLP.

24         The Court, having considered the briefs of the parties, arguments of counsel,

25  and the administrative record, and good cause appearing, orders as follows:

26         **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

27         1)      Plaintiffs take nothing by reason of their Complaint;

28         2)      Judgment is entered in favor of Defendant Saddleback Valley Unified

Rutan & Tucker, LLP
attorneys at law

2132/060989-0001
5753914.1 a06/07/13                           -1-

SACV 12-0665 AG (ANx)
[PROPOSED] FINAL JUDGMENT

1  School District in accordance with the Order Affirming Administrative Law Judge's

2  Decision, dated May 31, 2013; and

3           3)     Defendant Saddleback Valley Unified School District is the prevailing

4  party for purposes of the underlying administrative action and the instant appeal

5  thereof.

6

7  Dated: June 11, 2013

8                                             Hon. Andrew J. Guilford
                                              Judge, United States District Court

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Rutan & Tucker, LLP
attorneys at law

2132/060989-0001
5753914.1 a06/07/13                    -2-

SACV 12-0665 AG (ANx)
[PROPOSED] FINAL JUDGMENT